DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-cr-0378-GMN-VCF |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| DENNIS HAKIM TAYLOR, | **AND ORDER** |
| Defendant. | |

### MOTION TO DISMISS

Comes now, the United States of America, by and through counsel, Daniel G. Bogden, United States Attorney for the District of Nevada, and Bradley W. Giles, Assistant United States Attorney, hereby moving to dismiss, without prejudice, the indictment in the above-captioned case. It is further requested that the related arrest warrant be quashed.

This motion is brought in the interest of judicial economy. Undersigned counsel has been advised that the Defendant is currently incarcerated within the New York Department of Corrections with a projected release date of March 27, 2015. The Defendant has never

. . .

made an initial appearance within this district, thus there is no assigned defense counsel to notify in reference to this motion.

Wherefore, it is respectfully requested that this Court enter an Order dismissing the above-caption criminal case against Defendant Dennis Hakim Taylor, without prejudice.

Respectfully submitted this, the 8th day of November, 2011

DANIEL G. BOGDEN
United States Attorney

/s/ Bradley W. Giles

BRADLEY W. GILES
Assistant United States Attorney

## ORDER

HAVING READ the foregoing Government's Motion To Dismiss Without Prejudice and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned criminal case is hereby **DISMISSED, without prejudice**.

**IT IS SO ORDERED** this 9th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge